# Court of Appeals
# of the State of Georgia

ATLANTA, February 08, 2013

*The Court of Appeals hereby passes the following order:*

**A13D0220.  PHILLIP DALENBERG v. JENNIFER DALENBERG.**

On December 27, 2012, the trial court entered an order granting Jennifer Dalenberg's motion for attorney's fees in this domestic relations case.  On January 29, 2013, Phillip Dalenberg filed his application for discretionary appeal.  We lack jurisdiction.

To be timely, a discretionary application must be filed within 30 days of entry of the order to be appealed. OCGA § 5-6-35 (d); *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992).  Dalenberg filed his application 33 days after entry of the trial court's order, and we lack jurisdiction to consider an untimely application for discretionary appeal.  See *Hill*, supra.  Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/08/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*